11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Josh Taylor

Appellant

Vs.                   No.
11-01-00314-CV B
Appeal from Taylor County

Ron Jantz

Appellee

 

Appellant
has filed in this cause a motion to dismiss his appeal.  Appellant states that he no longer desires
to appeal this matter and requests that the appeal be dismissed.  The motion is granted.  TEX.R.APP.P.42.1.

The
appeal is dismissed.

 

PER CURIAM

 

October 25, 2001

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and 

Wright, J., and McCall, J.